# Order

Michigan Supreme Court
Lansing, Michigan

April 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161751

VENESSA DAVIS, JOHN DAVIS, RONALD
W. RADATZ, NEIL J. HAMANN, JACQUELINE
A. HAMANN, DENNIS J. HAMANN, JOSEPH
SHARPE, JR., MICHELLE SHARPE, JOHN A.
ESCHENBERG, II, LEAH ESCHENBERG,
TERRY MERCHANT, TERESA MERCHANT,
CHARLES COGGINS, II, KIMBERLY
COGGINS, and CHARLES COGGINS, III,
    Plaintiffs-Appellees,

v

SC: 161751
COA: 346729
St. Clair CC: 16-001197-CE

SUNOCO PIPELINE LIMITED PARTNERSHIP
and SUNOCO LOGISTICS PARTNERS
OPERATIONS GP, LLC,
    Defendants-Appellants,

and

ENBRIDGE ENERGY LIMITED
PARTNERSHIP, ENBRIDGE PIPELINES
LAKEHEAD, LLC, ENBRIDGE PIPELINES
TOLEDO, INC., GREAT LAKES PETROLEUM
CORPORATION, GREAT LAKE PETROLEUM
COMPANY, and GREAT LAKES PETROLEUM
TRANSPORTATION, LLC,
    Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the June 18, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



Clerk

s0419